B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colt Holding Company LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**47-3490094** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State):<br>**547 New Park Avenue**<br>**West Hartford, Connecticut**     06110 | Street Address of Joint Debtor (No. & Street, City, State):<br>N/A |
| County of Residence or of the Principal Place of Business:<br>**Hartford County** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee (Check one box)**

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Colt Holding Company LLC** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Schedule 1 attached hereto** | Case Number: **Pending** | Date Filed: **June 14, 2015** |
| District:<br>**Delaware** | Relationship: **Affiliate** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1))

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Colt Holding Company LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

**Signature of Attorney\***

X _____
    Signature of Attorney for Debtor(s)
    **Jason M. Madron (No. 4431)**
    Printed Name of Attorney for Debtor(s)
    **Richards, Layton & Finger, P.A.**
    Firm Name
    **One Rodney Square, 920 N. King St., Wilmington, DE, 19801**
    Address
    **(302) 651-7700**
    Telephone Number
    **June 14, 2015**
    Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual
    **John P. Rigas**
    Printed Name of Authorized Individual
    **as Manager of Sciens Management LLC, as Manager of Colt Defense Holding LLC, as Managing Member of Colt Holding Company LLC**
    Title of Authorized Individual
    **June 14, 2015**
    Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
    Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
    Address

X _____
    Signature

_____
    Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by Colt in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, "**Colt**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware.  Contemporaneously herewith, Colt is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Colt Holding Company LLC.

1. Colt Holding Company LLC
2. Colt Security LLC
3. Colt Defense LLC
4. Colt Finance Corp.
5. New Colt Holding Corp.
6. Colt's Manufacturing Company LLC
7. Colt Defense Technical Services LLC
8. Colt Canada Corporation
9. Colt International Coöperatief U.A.
10. CDH II Holdco Inc.

## CERTIFICATE

Date: June 14, 2015

I, John P. Rigas, the undersigned authorized person of Colt Defense Holding LLC as managing member of Colt Holding Company LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "**Company**"), hereby certify as follows:

1. I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and correct copy of the resolutions adopted by the managing member of the Company, duly adopted on June 14, 2015.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exists no other subsequent resolution relating to the matters set forth in the resolutions attached hereto.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate as of the date written above.

COLT HOLDING COMPANY LLC, by
Colt Defense Holding LLC, its Managing Member, by
Sciens Management LLC, its Manager


By: _____
Name: John P. Rigas
Title: Manager

## COLT HOLDING COMPANY LLC

---

Written Consent

of the

Managing Member

---

June 14, 2015

The undersigned, being the managing member (the "Managing Member") of Colt Holding Company LLC, a Delaware limited liability company (the "Company"), acting pursuant to the Amended and Restated Limited Liability Company Agreement of the Company, dated as of April 9, 2015 and Section 18-402 of the Delaware Limited Liability Company Act (6 Del. C. § 18-101, et seq.), does hereby consent to and adopt each of the following resolutions effective as of the date first written above:

WHEREAS, on June 14, 2015, the Managing Member has considered the business and financial conditions and results of operations of the Company as of the date hereof, including the assets and liabilities of the Company, and have adopted the following resolutions; and

WHEREAS, the Managing Member, in consultation with management of Colt Defense LLC and their financial and legal advisors, has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and be it further

RESOLVED, that any officer or authorized person of the Company (each an "Authorized Person") is hereby authorized and empowered, on behalf of and in the name of the Company, to execute and verify all petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware and to commence any ancillary or related proceedings as may be necessary or appropriate to effectuate the restructuring of the Company and to execute, verify, and cause to be filed all documents in furtherance thereof, at such time as such Authorized Person executing the same shall determine; and be it further

RESOLVED, that each Authorized Person of the Company, is hereby authorized and empowered, on behalf of and in the name of the Company, to commence a recognition proceeding under Part IV of the Companies' Creditors Arrangement Act (Canada) in the Ontario Superior Court of Justice (Commercial List) to recognize in Canada the chapter 11 case

described above as foreign main proceedings (the "CCAA Recognition Proceedings") and to file all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, acknowledgments, applications it deems necessary, proper, or desirable in connection with the CCAA Recognition Proceedings; and be it further

RESOLVED, that each Authorized Person is hereby authorized and empowered, on behalf of and in the name of the Company, to negotiate, enter into, execute, deliver, certify, file, record, and perform, or cause to be negotiated, entered into, executed, delivered, certified, filed, recorded, and performed, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, acknowledgments, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, pleadings, or other documents and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent as of the date written above.

COLT HOLDING COMPANY LLC, by
Colt Defense Holding LLC, its Managing Member, by
Sciens Management LLC, its Manager

By: _____
Name: John P. Rigas
Title: Manager

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                              :        Chapter 11

                                                    :
COLT HOLDING COMPANY LLC,                            :        Case No. 15-_____ ( )

                                                    :
                          Debtor.                   :        Joint Administration Requested

------------------------------------------------------------- x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and certain affiliated entities[1] (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The following is a list of creditors holding the thirty (30) largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors' unaudited books and records as of June 13, 2015 and in accordance with Bankruptcy Rule 1007(d). The list does not include (a) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (b) secured creditors, unless the value of the collateral securing such claim is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the corporate and legal documents shall control.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

| Name of Creditor | Mailing Address, Telephone Number, and Facsimile Number of Creditor | Nature of Claim | Contingent, Unliquidated, Disputed, or Subject To Setoff | Amount of claim (if secured, also sate value of security) |
|---|---|---|---|---|
| Wilmington Trust Company | 246 Goose Lane Suite 105 Guilford, CT 06437 Fax: 203-453-1183 | Bond Debt | | 260,937,500.00 |
| Magpul Industries Corp. | 8226 Bee Caves Road Austin, TX 78746 Fax: 303-828-3469 | Trade Debt | | 981,537.75 |
| Microbest, Inc. | 670 Captain Neville Drive Waterbury, CT 06705 Fax: 203-597-0655 | Trade Debt | | 755,172.85 |
| The Wilson Arms Company | 97 Leetes Island Road Branford, CT 06405 Fax: 203-488-0135 | Trade Debt | | 628,530.60 |
| Pricewaterhouse Coopers LLP | 185 Asylum St. Suite 2400 Hartford, CT 06103 Fax: 678-529-4615 | Services | | 551,653.00 |
| Schmid Tool & Engineering Inc. | 930 North Villa Avenue Villa Park, IL 60181 Fax: 630-333-1734 | Trade Debt | | 478,066.63 |
| Superior Plating Company | 2 Lacey Place Southport, CT 06890 Fax: 203-254-3618 | Trade Debt | | 404,200.96 |
| Deloitte Tax LLP | 200 Berkeley St. Boston, MA 02116-5022 Fax: 617-437-2000 | Services | | 398,573.00 |
| ESS Solutions | 500 High Street Central Falls, RI 02863 Fax: 401-785-9206 | Trade Debt | | 395,671.52 |
| Light Metals Coloring Co., Inc. | 270 Spring St Southington, CT 06489 Fax: 860-621-6312 | Trade Debt | | 360,967.01 |
| Pioneer Tool Supply Co., Inc. | 40 Bowles Rd P.O.Box 1270 Agawam, MA 01001 Fax: 413-739-7183 | Trade Debt | | 350,967.77 |
| B.M.L. Tool & Mfg. Corp. | 67 Enterprise Dr. Monroe, CT 06468 Fax: 203-261-8165 | Trade Debt | | 264,472.38 |
| Toth Inc. | 500 Harrison Avenue Suite 5F Boston, MA 02118 Fax: 617-252-0838 | Trade Debt | | 233,333.32 |

| Name of Creditor | Mailing Address, Telephone Number, and Facsimile Number of Creditor | Nature of Claim | Contingent, Unliquidated, Disputed, or Subject To Setoff | Amount of claim (if secured, also sate value of security) |
|---|---|---|---|---|
| Cambridge Valley Machining Inc. | 28 Perry Lane Cambridge, NY  12816 Fax: 518-677-5974 | Trade Debt | | 228,555.92 |
| Duz Manufacturing, Inc. | 87 Opal St. Milford, CT  06460 Fax: 203-876-2695 | Trade Debt | | 217,845.75 |
| Willis of New York, Inc. | 1 World Financial Center Paulus Hook New York, NY  10249-4557 Fax: 212-915-8511 | Services | | 203,581.50 |
| Accro-Met, Inc. | 3406 Westwood Industrial Dr. Monroe, NC  28110 Fax: 704-283-2112 | Trade Debt | | 193,935.47 |
| Creed Monarch, Inc. | 1 Pucci Park New Britain, CT  06051 Fax: 860-224-8762 | Trade Debt | | 185,161.95 |
| Cantor Colburn LLP | 20 Church St. 22nd Floor Hartford, CT  06103 Fax: 860-286-0115 | Services | | 165,478.52 |
| Rathbone Precision Metals, Inc. | 1241 Park St. Palmer, MA  01069 Fax: 413-283-8961 | Trade Debt | | 149,277.91 |
| L-3 Communications EOTech, Inc. | 23484 Network Place Chicago, IL  60673-1234 Fax: 734-741-8221 | Trade Debt | | 143,356.26 |
| Northern Precision Mfg. | 625 Colby Dr. Waterloo (Canada) ON N2V 1B4 Fax: 519-725-0500 | Trade Debt | | 142,078.61 |
| Alphacasting, Inc. | 391 Stex. Croix St-Laurent QC, H4N2L3 Fax: 514-748-0237 | Trade Debt | | 140,102.60 |
| Fidus Systems Inc. | 375 Terry Fox Dr. Ottawa (Canada) ON K2K 0J8 Fax: 613-595-1811 | Services | | 139,985.24 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square New York, NY  10036 Fax: 212-735-2000/1 | Services | | 130,000.00 |

| Name of Creditor | Mailing Address, Telephone Number, and Facsimile Number of Creditor | Nature of Claim | Contingent, Unliquidated, Disputed, or Subject To Setoff | Amount of claim (if secured, also sate value of security) |
|---|---|---|---|---|
| Aerial Industries Inc. | 145 Claireport Cres. Unit 10 Toronto (Canada) ON M9W 6R6 Fax: 416-675-1762 | Trade Debt | | 129,572.70 |
| U.S. Armament Corp | 121 Valley View Drive Ephrata, PA  17522 Fax: 717-738-4890 | Trade Debt | | 127,773.56 |
| Bourdon Forge Company, Inc. | 99 Tuttle Rd. Middletown, CT  06457 Fax: 860-632-7247 | Trade Debt | | 127,083.18 |
| Novak Designs Inc. | 1206 1/2 30th St. Parkersburg, WV 26104 Fax: 304-428-2676 | Trade Debt | | 120,624.14 |
| L.W. Schneider Inc. | 1180 North Sixth Street Princeton, IL 61356 Fax: 815-875-1402 | Trade Debt | | 119,026.64 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------ x

In re:

COLT HOLDING COMPANY LLC,

                   Debtor.

------------------------------------------------------------------------ x

Chapter 11

Case No. 15-_____ ( )

Joint Administration Requested

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Dated: June 14, 2015

      I, John P. Rigas, the undersigned authorized person of Colt Defense Holding LLC as managing member of the above-captioned debtor (collectively with its affiliated debtor entities[1], the "**Debtors**"), declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against the Debtors submitted herewith and that such list is true and correct to the best of my knowledge, information, and belief.

[Signature Page Follows]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

**IN WITNESS WHEREOF**, the undersigned has executed this Declaration as of the date written above.

COLT HOLDING COMPANY LLC, by
Colt Defense Holding LLC, its Managing Member, by
Sciens Management LLC, its Manager


By: _____
Name: John P. Rigas
Title: Manager

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- x

In re:                                      :        Chapter 11
                                            :
COLT HOLDING COMPANY LLC,                   :        Case No. 15-_____ ( )
                                            :
                          Debtor.           :        Joint Administration Requested

-------------------------------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners[1] |
|---|---|---|
| Colt Holding Company LLC | Colt Defense Holding LLC<br>Colt Defense Holding III LP | N/A |

---

[1] The entities listed below include entities that manage multiple direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x

In re:

COLT HOLDING COMPANY LLC,

Debtor.

:    Chapter 11

:

:    Case No. 15-_____ ( )

:

:    Joint Administration Requested

:

---------------------------------------------------------------------- x

**DECLARATION REGARDING**
**CORPORATE OWNERSHIP STATEMENT**

Dated: June 14, 2015

    I, John P. Rigas, the undersigned authorized person of Colt Defense Holding LLC as managing member of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that such statement is true and correct to the best of my knowledge, information, and belief.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned has executed this Declaration as of the date written above.

COLT HOLDING COMPANY LLC, by
Colt Defense Holding LLC, its Managing Member, by
Sciens Management LLC, its Manager


By: _____
Name: John P. Rigas
Title: Manager

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------- x

In re:                                                      :        Chapter 11

                                                            :
COLT HOLDING COMPANY LLC,                                   :        Case No. 15-_____ ( )

                                                            :
                              Debtor.                       :        Joint Administration Requested

--------------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Bankruptcy Rule 1007(a)(3), the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Colt Defense Holding LLC c/o Sciens Capital Management 667 Madison Avenue New York, NY 10065 | Common Units | 62.43% |
| CDH III LLC c/o Sciens Capital Management 667 Madison Avenue New York, NY 10065 | Common Units | 7.95% |
| William M. Keys 5105 Stillhouse Road Hume, VA 22639 | Common Units | 5.82% |
| James R. Battaglini 179 Whitman Ave., Apt 2 West Hartford, CT 06107 | Common Units | 0.38% |
| Jeffrey J. Grody 110 High Wood Road West Hartford, CT 06117 | Common Units | 1.02% |
| New Colt Holding Corp. Employee Stock Ownership Plan & Trust c/o Colt Defense LLC 547 New Park Avenue, West Hartford, CT 06110 | Common Units | 1.19% |
| Orpheus Holdings LLC 135 East 57th Street, 6th Floor | Common Units | 0.81% |
| Joyce M. Rubino 2861 Ironwood Drive Akron, OH 44312 | Common Units | 0.73% |

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Archer Diversified Investments, LLC c/o Rosemon Capital, LLC 401 Greenwich Street, 3 Floor New York, NY 10013 | Common Units | 0.58% |
| Richard Nadeau 1910 Ballycour Drive Vienna, VA 22182 | Common Units | 0.53% |
| Donald W. Young 3640 Piping Rock Road Houston, TX 77027 | Common Units | 0.33% |
| Michael P. Reissig 56 Old King Street Enfield, CT 06082 | Common Units | 0.42% |
| Kevin J. Brown 32 Clover Springs Drive Willington, CT 06279 | Common Units | 0.26% |
| John M. Magourik 23430 Vistamar Court Land O'Lakes, FL 34639 | Common Units | 0.23% |
| John B. Ibbotson 14 Alger Road Moodus, CT 06469 | Common Units | 0.23% |
| Carlton S. Chen 648 Nod Hill Road Wilton, CT 06897-1305 | Common Units | 0.13% |
| Thomas C. Moore 35 Meadowlark Road Simsbury, CT 06092 | Common Units | 0.07% |
| Cirque Investments LLC c/o Michael Engelhardt 9104 Glenmoor Drive West Palm Beach, FL 33409 | Common Units | 0.04% |
| Colt Defense Holding III LP c/o Sciens Capital Management 667 Madison Avenue New York, NY 10065 | Common Units | 16.76% |
| Sciens Voting Trust c/o Sciens Capital Management 667 Madison Avenue New York, NY 10065 | Common Units | 0.09% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                          :    Chapter 11

                                  :

COLT HOLDING COMPANY LLC,       :    Case No. 15-_____ ( )

                                  :

                    Debtor.       :    Joint Administration Requested

---------------------------------------------------------------- x

## DECLARATION REGARDING LIST OF
## EQUITY SECURITY HOLDERS

Dated: June 14, 2015

I, John P. Rigas, the undersigned authorized person of Colt Defense Holding LLC as managing member of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that such list is true and correct to the best of my knowledge, information, and belief.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned has executed this Declaration as of the date written above.

COLT HOLDING COMPANY LLC, by
Colt Defense Holding LLC, its Managing Member, by
Sciens Management LLC, its Manager


By: _____
Name: John P. Rigas
Title: Manager