**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLT HOLDING COMPANY LLC, *et al*., | ) | Case No. 15-11296 (LSS) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the Ad Hoc Consortium of Holders of the 8.75% Senior Notes Due 2017 of Colt Defense LLC and Colt Finance Corp. (the "Ad Hoc Consortium"), hereby appears in the above-captioned cases through its co-counsel, Brown Rudnick LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **BROWN RUDNICK LLP** | **BROWN RUDNICK LLP** |
| Robert J. Stark, Esq. | James W. Stoll |
| Andrew M. Carty, Esq. | One Financial Center |
| Seven Times Square | 18th Floor |
| New York, NY  10036 | Boston, MA 02111 |
| Tel:  (212) 209-4800 | Tel: (617) 856-8200 |
| Fax: (212) 209-4801 | Fax: (617) 856-8201 |
| E-mail:  rstark@brownrudnick.com | Email: jstoll@brownrudnick.com |
| acarty@brownrudnick.com | |

**ASHBY & GEDDES, P.A.**
William P. Bowden, Esq.
Ricardo Palacio, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
Email: wbowden@ashby-geddes.com
rpalacio@ashby-geddes.com

{00993328;v1 }

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Consortium intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Ad Hoc Consortium is or may be entitled under agreements in law or in equity.

Dated: June 15, 2015                            **ASHBY & GEDDES, P.A.**

 

                                                      */s/William P. Bowden*
William P. Bowden (#2553)
Ricardo Palacio (#3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

**BROWN RUDNICK LLP**
Robert J. Stark
Andrew M. Carty
Seven Times Square
New York, NY 10036

Telephone: (212) 209-4800
Facsimile: (212) 209-4801

-and-

**BROWN RUDNICK LLP**
James W. Stoll
One Financial Center
18th Floor
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201

*Attorneys for Ad Hoc Consortium of Holders of the 8.75% Senior Notes Due 2017 of Colt Defense LLC and Colt Finance Corp.*