**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLT HOLDING COMPANY LLC, *et al*., | ) | Case No. 15-11296 (LSS) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission *pro hac* vice of Robert J. Stark to represent the Ad Hoc Consortium of Holders of the 8.75% Senior Notes Due 2017 of Colt Defense LLC and Colt Finance Corp. (the "Ad Hoc Consortium") in the above-captioned cases.

Dated: June 15, 2015              **ASHBY & GEDDES, P.A.**


                                  */s/William P. Bowden*
                                  William P. Bowden, Esq. (#2553)
                                  Ricardo Palacio, Esq. (#4008)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, DE 19899
                                  Telephone:  (302) 654-1888
                                  Facsimile:  (302) 654-2067

                                  *Co-Counsel for the Ad Hoc Consortium of Holders of the 8.75% Senior Notes Due 2017 of Colt Defense LLC and Colt Finance Corp.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised on July 23, 2009.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/Robert J. Stark*_____
Robert J. Stark, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com