# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                        :     Chapter 11
                                                              :
COLT HOLDING COMPANY LLC, *et al.*,                           :     Case No. 15-11296 (LSS)
                                                              :
                Debtors.                              :     Joint Administration Requested
                                                              :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Joseph Zujkowski of O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, New York 10036, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: June 15, 2015
      Wilmington, Delaware

                                      /s/ Jason M. Madron
                                Jason M. Madron (Bar No. 4431)
                                RICHARDS, LAYTON & FINGER, P.A.
                                One Rodney Square
                                920 North King Street
                                Wilmington, Delaware 19801
                                Telephone:    (302) 651-7700
                                Facsimile:    (302) 651-7701
                                E-mail:        madron@rlf.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 16th, 2015**
**Wilmington, Delaware**

                                **LAURIE SELBER SILVERSTEIN**
                                **UNITED STATES BANKRUPTCY JUDGE**