## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                              :        Chapter 11

COLT HOLDING COMPANY LLC, *et al.*,[1]              :        Case No. 15-11296 (LSS)

            Debtors.                          :        (Jointly Administered)

                                    :

                                    :

------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 22, 2015 STARTING AT 9:30 A.M. (EDT)[2]

**I.**     **CONTESTED MATTER:**

    1.    Debtors' Motion (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Liens and Superpriority Administrative Expense Status, and (C) Utilize Cash Collateral of Pre-Petition Secured Parties; (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; (III) Scheduling a Final Hearing; and (III) Granting Related Relief [D.I. 12; filed June 15, 2015]

        Responses/Objections Received:

        A.    Objection to the DIP Motion and Response to the Debtors' Allegations Regarding the Ad Hoc Consortium [D.I. 60; filed June 16, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

[2] The June 22, 2015 (the "June 22nd Hearing") hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Any person who wishes to appear telephonically at the June 22nd Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, June 19, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i.    Declaration of Nikhil Menon in Support of Debtors' Motion (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Liens and Superpriority Administrative Expense Status, and (C) Utilize Cash Collateral or Pre-Petition Secured Parties; (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 14; filed June 15, 2015]

ii.   Keith A. Maib's Declaration in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 17; filed June 15, 2015]

iii.  Declaration of Steven B. Levine in Regards to Alternative Debtor in Possession Financing Proposal [D.I. 61; filed June 16, 2015]

iv.   Interim Order: (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Liens and Superpriority Administrative Expense Status, and (C) Use Cash Collateral or Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [D.I. 78; filed June 16, 2015]

v.    Notice of (A) Entry of "Interim Order: (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Liens and Superpriority Administrative Expense Status, and (C) Use Cash Collateral or Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing; and (III) Granting Related Relief" and (B) Scheduling of a Second Interim Hearing Thereon [D.I. 90; filed June 17, 2015]

Status: A second interim hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated: June 18, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701

-and-

**O'MELVENY & MYERS LLP**
John J. Rapisardi (admitted *pro hac vice*)
Joseph Zujkowski (admitted *pro hac vice*)
Diana M. Perez (admitted *pro hac vice*)
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

RLF1 12255897v.1