IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re: : Chapter 11
:
COLT HOLDING COMPANY LLC, *et al.*,[1] : Case No. 15-11296 (LSS)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 21, 2015 STARTING AT 11:00 A.M. (EDT)[3]

**I. CONTINUED MATTER:**

1. Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [D.I. 360; filed August 20, 2015]

    Response/Objection Deadline: September 28, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received: None to date.

    Related Documents:

    i. Keith A. Maib's Declaration in Support of the Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan [D.I. 361; filed August 20, 2015]

    ii. Re-Notice of "Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan" [D.I. 360] [D.I. 369; filed August 24, 2015]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Colt Holding Company LLC (0094); Colt Security LLC (4276); Colt Defense LLC (1950); Colt Finance Corp. (7687); New Colt Holding Corp. (6913); Colt's Manufacturing Company LLC (9139); Colt Defense Technical Services LLC (8809); Colt Canada Corporation (5534); Colt International Coöperatief U.A. (6822); and CDH II Holdco Inc. (1782). The address of the Debtors' corporate headquarters is: 547 New Park Avenue, West Hartford, Connecticut 06110.

[2] **Amended items appear in bold.**

[3] The September 21, 2015 (the "September 21st Hearing") hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wished to appear telephonically at the September 21st Hearing must **have contacted** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, September 18, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

iii. Second Re-Notice of "Debtors' Motion for Entry of an Order Approving Key Employee Incentive Plan" [D.I. 360] [D.I. 464; filed September 14, 2015]

Status: The hearing on this matter is continued to the special purpose hearing scheduled for October 7, 2015 starting at 10:00 a.m. (EDT).

## II. UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION:

2. Motion of the Official Committee of Unsecured Creditors of Colt Holding Company, LLC, *et al.* to Define Scope of, and Procedures for, Disclosure of Information to Unsecured Creditors, Pursuant to 11 U.S.C. §§ 105(a), 107(b)(1), 1102(b)(3), and 1103(c), *Nunc Pro Tunc* to June 25, 2015 [D.I. 354; filed August 18, 2015]

    Response/Objection Deadline: September 8, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received: None.

    Related Documents:

    i. Amended Notice of Hearing on Motion of the Official Committee of Unsecured Creditors of Colt Holding Company LLC, *et al.* to Define Scope of, and Procedures for, Disclosure of Information to Unsecured Creditors, Pursuant to 11 U.S.C. §§ 105(a), 107(b)(1), 1102(b)(3), and 1103(c), *Nunc Pro Tunc* to June 25, 2015 [D.I. 462; filed September 14, 2015]

    ii. Certificate of No Objection Regarding Docket No. [D.I. 468; filed September 16, 2015]

    iii. **Order Approving Motion of the Official Committee of Unsecured Creditors of Colt Holding Company LLC, *et al.* to Define Scope of, and Procedures for, Disclosure of Information to Unsecured Creditors, Pursuant to 11 U.S.C. §§ 105(a), 107(b)(1), 1102(b)(3), and 1103(c), *Nunc Pro Tunc* to June 25, 2015 [D.I. 477; filed September 17, 2015]**

    Status: **On September 17, 2015, the Court entered an order granting the Official Committee of Unsecured Creditors (the "Creditors' Committee") the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

3. Application of the Official Committee of Unsecured Creditors of Colt Holding Company, LLC, *et al.* for Entry of an Order Authorizing the Employment and Retention of Robert B. MacLellan as its Canadian Counsel, *Nunc Pro Tunc* to July 13, 2015 [D.I. 359; filed August 20, 2015]

Response/Objection Deadline: September 8, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received: None.

Related Documents:

i. Amended Notice of Hearing on Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Robert B. MacLellan as its Canadian Counsel, *Nunc Pro Tunc* to July 13, 2015 [D.I. 463; filed September 14, 2015]

ii. Certificate of No Objection Regarding Docket No. 359 [D.I. 469; filed September 16, 2015]

iii. **Order Authorizing the Employment and Retention of Robert B. MacLellan as Canadian Counsel for the Official Committee of Unsecured Creditors of Colt Holding Company, LLC, *et al.*, *Nunc Pro Tunc* to July 13, 2015 [D.I. 478; filed September 17, 2015]**

Status: **On September 17, 2015, the Court entered an order granting the Creditors' Committee the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

## III. UNCONTESTED MATTER GOING FORWARD:

4. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention and Whittlesey & Hadley, P.C. as Tax Consultant, *Nunc Pro Tunc* to July 2, 2015 and (II) Waiving Certain of the Information Requirements of Local Rule 2016-2(d) [D.I. 431; filed September 2, 2015]

    Response/Objection Deadline: September 14, 2015 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A. Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

    Related Documents:

    i. **Certification of Counsel Concerning Order (I) Authorizing the Employment and Retention of Whittlesey & Hadley, P.C. as Tax Consultant, *Nunc Pro Tunc* to July 2, 2015 and (II) Waiving Certain of the Information Requirements of Local Rule 2016-2(d) [D.I. 479; filed September 17, 2015]**

3

Status: The Debtors have fully resolved the informal comments of the U.S. Trustee in connection with this matter. **In that regard, on September 17, 2015, the Debtors filed a certification of counsel attaching a revised agreed form of order in connection with this matter. Consequently, a hearing with respect to this matter should only be necessary to the extent that the Court has any questions or concerns.**

## IV. CONTESTED MATTERS GOING FORWARD:

5. Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee: (A) Derivative Standing to Assert, Prosecute, and Settle Claims Arising Out of the Debtors' Lease of the West Hartford Facility with NPA Hartford LLC; and (B) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates [D.I. 406; filed August 28, 2015]

    Response/Objection Deadline: September 10, 2015

    Reply Deadline: September 17, 2015

    Responses/Objections Received:

    A. Debtors' Opposition to Motion of the Official Committee of Unsecured Creditors for an Order Granting it (A) Derivative Standing to Assert, Prosecute, and Settle Claims Arising Out of the Debtors' Lease of the West Hartford Facility with NPA Hartford LLC; and (B) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates [D.I. 406] [D.I. 456; filed September 10, 2015]

    Related Documents:

    i. Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee: (A) Derivative Standing to Assert, Prosecute, and Settle Claims Arising Out of the Debtors' Lease of the West Hartford Facility with NPA Hartford LLC; and (B) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates [D.I. 407; filed August 28, 2015]

    ii. Debtors' Opposition to Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 417; filed August 31, 2015]

    iii. Reply of the Official Committee of Unsecured Creditors to Debtors' Opposition to Official Committee of Unsecured Creditors' Motion to Shorten Notice [D.I. 425; filed September 1, 2015]

iv. Notice of Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee: (A) Derivative Standing to Assert, Prosecute, and Settle Claims Arising Out of the Debtors' Lease of the West Hartford Facility with NPA Hartford LLC; and (B) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates and Hearing Thereon [D.I. 444; filed September 3, 2015]

v. **Reply of the Official Committee of Unsecured Creditors in Support of Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee: (A) Derivative Standing to Assert, Prosecute, and Settle Claims Arising Out of the Debtors' Lease of the West Hartford Facility with NPA Hartford LLC; and (B) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates and Hearing Thereon [D.I. 480; filed September 17, 2015]**

Status: The hearing on this matter will go forward on a contested basis.

6. Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [D.I. 432; filed September 2, 2015]

Response/Objection Deadline: September 14, 2015 at 4:00 p.m. (EDT); extended to September 15, 2015 at 12:00 p.m. (noon) (EDT) for the International Automobile, Aerospace and Agricultural Implement Workers of America and its Local Union No. 376 only

Responses/Objections Received:

A. Limited Objection of International Union, UAW and its Local 376 to Debtors' Motion for Entry of an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving Form and Manner of Thereof (D.E. 432) [D.I. 465; filed September 15, 2015] (the "UAW Objection")

B. Informal comments from the U.S. Trustee

C. Informal comments from the Creditors' Committee

Related Documents:

i. Debtors' Reply to the Limited Objection of International Union, UAW and its Local 376 to Debtors' Motion for Entry on an Order Establishing Deadlines and Procedures for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [D.I. 471; filed September 16, 2015]

5

Status: The Debtors have fully resolved the informal comments from the U.S. Trustee and the Creditors' Committee in connection with this matter. This matter will go forward on a contested basis with respect to the UAW Objection.

Dated: September 18, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

-and-

**O'MELVENY & MYERS LLP**
John J. Rapisardi (admitted *pro hac vice*)
Peter Friedman (admitted *pro hac vice*)
Joseph Zujkowski (admitted *pro hac vice*)
Diana M. Perez (admitted *pro hac vice*)
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Debtors and Debtors in Possession*